

**FILED**

06/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0209

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0209

_____

CLARKSTON FIRE SERVICE AREA #6,

    Plaintiff and Appellee,

    v.

DAWN DAVIS LEMIEUX, STEVEN LEMIEUX
and TRACY ELLEN SHAW,

    Defendants,

MONTANA COMMUNITIES ASSOCIATION,

    Defendant and Appellant.

_____

FILED

JUN 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until July 7, 2022, within which to file the response to the motion to dismiss.

DATED this 23ʳᵈ day of June, 2022.

For the Court,

_____
Chief Justice